

TS.-6
FILED
SEP - 3 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. EVANS,<br><br>    Petitioner,<br><br>    v.<br><br>GONZALEZ, et al.,<br><br>    Defendants. | Case No. CV 10-6569(MLG)<br><br>MEMORANDUM AND ORDER TRANSFERRING CIVIL RIGHTS ACTION TO THE EASTERN DISTRICT OF CALIFORNIA |

On September 2, 2010, Plaintiff, a prisoner incarcerated at the California Correctional Institution ("CCI") in Tehachapi, California, filed a Declaration in Support of Request to Proceed Without Prepayment of Filing Fees and lodged a civil rights complaint in this court. The defendants are identified as employees of the California Department of Corrections at CCI. CCI is located Kern County, which is situated within the Eastern District of California. Accordingly, this matter must be transferred to that district court for review of the request to proceed without prepayment of fees and for screening of the complaint.

The federal venue statute requires that a civil action not based on diversity be brought only in "(1) a judicial district where any

defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which the defendants are subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(a).

As far as can be determined from the lodged complaint, the events giving rise to the cause of action occurred at CCI in Tehachapi, California. Plaintiff and Defendants are apparently situated there. Thus, venue in this action lies solely in the Eastern District of California.

Under 28 U.S.C. § 1404, a district court may transfer a civil action to any district where it might have been brought if such a transfer is for the convenience of the parties and witnesses and in the interests of justice. It is therefore ORDERED that this action be transferred to the United States District Court for the Eastern District of California and the Clerk of this Court shall effect such transfer.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon plaintiff.

Dated: September 3, 2010

_____
Marc L. Goldman
United States Magistrate Judge